B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Western District of Kentucky | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Adair County Public Hospital District Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Attachment** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**61-0930517** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**901 Westlake Dr**<br>**Columbia, KY**      ZIP Code **42728** | Street Address of Joint Debtor (No. and Street, City, and State):      ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Adair** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):      ZIP Code | Mailing Address of Joint Debtor (if different from street address):      ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

#### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Nature of Business
(Check one box)

☑ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

#### Tax-Exempt Entity
(Check box, if applicable)
☑ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

☐ Chapter 7
☑ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

#### Nature of Debts
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

### Filing Fee (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(04/13)                                                                                                    Page 2

| **Voluntary Petition** _(This page must be completed and filed in every case)_ | Name of Debtor(s): **Adair County Public Hospital District Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). X _____ Signature of Attorney for Debtor(s)                (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? ☐ Yes, and Exhibit C is attached and made a part of this petition. ☑ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. If this is a joint petition: ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) _____ (Name of landlord that obtained judgment) _____ (Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                                   Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Adair County Public Hospital District Corporation**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

**X** **/s/ David M Cantor**
Signature of Attorney for Debtor(s)

**David M Cantor**
Printed Name of Attorney for Debtor(s)

**Seiller Waterman LLC**
Firm Name

**22nd Floor - Meidinger Tower**
**462 S 4th Street**
**Louisville, KY 40202**
Address

**502-584-7400  Fax: 502-583-2100**
Telephone Number

**July 31, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Neal M. Gold**
Signature of Authorized Individual

**Neal M. Gold**
Printed Name of Authorized Individual

**Vice Chairman**
Title of Authorized Individual

**July 31, 2013**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **Adair County Public Hospital District Corporation** _____,    Case No. _____

Debtor

# FORM 1. VOLUNTARY PETITION

## <u>Other Names Attachment</u>

All Other Names used by Debtor in the last 8 years:

| | | |
|---|---|---|
| **1.** | **DBA** | **Westlake Regional Hospital** |
| **2.** | **DBA** | **Westlake Primary Care** |
| **3.** | **DBA** | **Westlake Primary Care of Russell County** |
| **4.** | **DBA** | **Westlake Primary Care Family Practice** |
| **5.** | **DBA** | **Edmonton Primary Care** |
| **6.** | **FDBA** | **Bergin's Surgical Clinic** |
| **7.** | **FDBA** | **Westlake Cumberland Hospital** |

### MINUTES OF BOARD OF DIRECTORS MEETING OF
### ADAIR COUNTY PUBLIC HOSPITAL DISTRICT CORPORATION

#### July 30 , 2013

The undersigned members of the Board of Directors ("**Board**") of Adair County Public Hospital District Corporation, a Kentucky non-profit corporation ("**Corporation**"), adopt the following resolutions, and consent to the corporate actions contemplated thereby:

WHEREAS, the Board, after extensive study and deliberation, determined that filing for Chapter 9 reorganization would be in the best interests of the Corporation and its creditors.

NOW, THEREFORE, be it:

RESOLVED, that, to preserve the value of the Corporation and to reorganize its indebtedness, the Corporation file a voluntary petition for relief pursuant to Chapter 9 of Title 11 of the United States Code and that Neal Gold, Vice-Chairman of the Corporation, is authorized to sign any and all documents and take whatever action is necessary to effectuate this resolution; and

FURTHER RESOLVED, that the Corporation retain the services of Seiller Waterman LLC for representing it in the Chapter 9 proceedings; and

FURTHER RESOLVED, that the Board of Directors authorizes the execution of the foregoing resolutions in counterpart copies.

WITNESS the signatures of the undersigned, who are all members and officers of the Board of Directors Adair County Public Hospital District Corporation, a Kentucky non-profit corporation, as of the date first above written.

Craig Pyles, Chairman                          Richard Grant, Secretary

Bruce White, Treasurer

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Kentucky

In re    **Adair County Public Hospital District Corporation**                    Case No. _____
                                                    Debtor(s)              Chapter    **9**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Farmers National Bank of Danville**<br>**POB 28**<br>**Danville, KY 40423-0028** | **Farmers National Bank of Danville**<br>**POB 28**<br>**Danville, KY 40423-0028** | | | **5,823,227.86**<br><br>**(2,000,000.00 secured)** |
| **Cabinet for Health & Family Services**<br>**Dept of Medicaid Services**<br>**Office of Secretary**<br>**275 E Main St**<br>**Frankfort, KY 40621** | **Cabinet for Health & Family Services**<br>**Dept of Medicaid Services**<br>**Office of Secretary**<br>**Frankfort, KY 40621** | | **Disputed** | **2,988,817.00** |
| **Adair County Fiscal Court**<br>**424 Public Square, Ste. 1**<br>**Columbia, KY 42728** | **Adair County Fiscal Court**<br>**424 Public Square, Ste. 1**<br>**Columbia, KY 42728** | | | **1,700,000.00** |
| **Nextgen, Inc.**<br>**POB 511383**<br>**Los Angeles, CA 90051** | **Nextgen, Inc.**<br>**POB 511383**<br>**Los Angeles, CA 90051** | | **Disputed** | **537,304.45** |
| **Acadia Healthcare Company, Inc.**<br>**830 Crescent Center Dr., Ste. 610**<br>**Franklin, TN 37067** | **Acadia Healthcare Company, Inc.**<br>**830 Crescent Center Dr., Ste. 610**<br>**Franklin, TN 37067** | | **Disputed** | **294,666.60** |
| **Spectrum Health Partners, LLC**<br>**109 International Drive, Suite 140**<br>**Franklin, TN 37067** | **Spectrum Health Partners, LLC**<br>**109 International Drive, Suite 140**<br>**Franklin, TN 37067** | | **Disputed** | **235,309.00** |
| **Psychiatric Resource Partners**<br>**830 Crescent Center Drive, Ste. 610**<br>**Franklin, TN 37067** | **Psychiatric Resource Partners**<br>**830 Crescent Center Drive, Ste. 610**<br>**Franklin, TN 37067** | | **Disputed** | **137,091.77** |
| **Frost Brown Todd LLC**<br>**400 W. Market Street, 32nd Fl.**<br>**Attn: Bill Marby**<br>**Louisville, KY 40205** | **Frost Brown Todd LLC**<br>**400 W. Market Street, 32nd Fl.**<br>**Attn: Bill Marby**<br>**Louisville, KY 40205** | | **Disputed** | **98,871.56** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Adair County Public Hospital District Corporation**       Case No. _____

               Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Cardinal Health Medical Products & Services P.O. Box 730112 Dallas, TX 75373** | **Cardinal Health Medical Products & Services P.O. Box 730112 Dallas, TX 75373** | | **Disputed** | **96,820.55** |
| **Windstream POB 9001908 Louisville, KY 40290** | **Windstream POB 9001908 Louisville, KY 40290** | | **Disputed** | **68,750.80** |
| **Kentucky Unemployment Insurance Fund Treasurer POB 948 Frankfort, KY 40602** | **Kentucky Unemployment Insurance Fund Treasurer POB 948 Frankfort, KY 40602** | | **Disputed** | **64,531.06** |
| **Dr Gary Partin 810 Jamestown Rd Columbia, KY 42728** | **Dr Gary Partin 810 Jamestown Rd Columbia, KY 42728** | | **Disputed** | **62,621.08** |
| **Inspire Medical Group 2323 Lime Kiln Lane Louisville, KY 40222** | **Inspire Medical Group 2323 Lime Kiln Lane Louisville, KY 40222** | | **Disputed** | **50,688.00** |
| **Beckman Coulter, Inc. M-28-E2.SE.02 250 S. Kraemer Blvd. Brea, CA 92821** | **Beckman Coulter, Inc. M-28-E2.SE.02 250 S. Kraemer Blvd. Brea, CA 92821** | | **Disputed** | **50,560.19** |
| **Med/Plus Staffing POB 1444 London, KY 40743** | **Med/Plus Staffing POB 1444 London, KY 40743** | | **Disputed** | **50,496.93** |
| **GE Healthcare POB 96483 Chicago, IL 60693** | **GE Healthcare POB 96483 Chicago, IL 60693** | | **Disputed** | **34,087.88** |
| **Bamill, Inc. Office Equipment Rental P.O. Box 1316 Danville, KY 40423** | **Bamill, Inc. Office Equipment Rental P.O. Box 1316 Danville, KY 40423** | | **Disputed** | **31,600.04** |
| **Lab Corp. Attn: Sally Gibbs POB 12140 Burlington, NC 27216** | **Lab Corp. Attn: Sally Gibbs POB 12140 Burlington, NC 27216** | | **Disputed** | **29,811.44** |
| **Pinnacle Surgical, Inc. 365 Lake Pointe Drive Somerset, KY 42503** | **Pinnacle Surgical, Inc. 365 Lake Pointe Drive Somerset, KY 42503** | | **Disputed** | **29,707.50** |
| **Key Shopping Center, Inc. POB 559 Russell Springs, KY 42642** | **Key Shopping Center, Inc. POB 559 Russell Springs, KY 42642** | | **Disputed** | **28,000.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Adair County Public Hospital District Corporation**        Case No. _____

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice Chairman of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 31, 2013**  _____        Signature  **/s/ Neal M. Gold**_____

                                                 **Neal M. Gold**

                                               **Vice Chairman**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

AARP
P.O. Box 740819
Atlanta GA 30374

Acadia Healthcare Company, Inc.
830 Crescent Center Dr., Ste. 610
Franklin TN 37067

Adair Automotive Supply
411 Campbellsville Street
Columbia KY 42728

Adair County Ambulance Service
P.O. Box 549
Columbia KY 42728

Adair County Fiscal Court
424 Public Square, Ste. 1
Columbia KY 42728

Adair Utilities District
109 Grant Line
P.O. Box 567
Columbia KY 42728

AETNA
P.O. Box 14079
Lexington KY 40512

AFLAC
Remittance Processing Service
1932 Wynnton Road
Columbus GA 31999

Air Evac Lifeteam
101 Greenbriar Drive
Campbellsville KY 42718

Airgas Mid-America
P.O. Box 532609
Atlanta GA 30353

ALCO
6851 High Grove Blvd.
Willowbrook IL 60527

Alere North America, Inc.
P.O. Box 864153
Boston MA

Alere North America, Inc.
30 South Keller Road
Orlando FL 32810

Alice Collis & Associates
90 Indian Hills Trail
Louisville KY 40207

Alpha General Imaging
4455 Glenbrook Road
Willoughby OH 44094

Alpha Imaging, Inc.
4455 Glenbrook Road
Willoughby OH 44094

Ameican Medical Association
515 N State Street
Chicago IL 60654

American Continental
P.O. Box 2368
Brentwood TN 37024

American Funds
P.O. Box 1148
Columbia KY 42728

American Society of Anesthesiologists
520 North-Northwes Hwy.
Park Ridge IL 60068

Amerisource-Bergen Drug Corp.
27550 Network Place
Chicago IL 60673

Anastacio Herrera, MD
84 Lakeview Dr
Strunk KY 42649

Anthem Blue Cross/Blue Shield
Attn: Refunds
P.O. Box 73651
Cleveland OH 44193

Anthem Blue Cross/Blue Shield
Attn: Recovery Services
9901 Linn Station Rd., Fl. 7
Louisville KY 40223

AORN
2170 South Parker Road, Suite 300
Denver CO 80231-5711

Appriver
1101 Gulf Breeze Parkway, Ste. 200
Gulf Breeze FL 32561

Arizant Healthcare Inc.
P.O. Box 845450
Dallas TX 75284-5450

Arthro Care
P.O. Box 844161
Dallas TX 75284

ASD Healthcare
P.O. Box 848104
Dallas TX 75284

Associated Pathologists, LLC
5301 Virginia Way, Suite 320
Brentwood TN 37027

Associated Pathologists, PLC
c/o Pathgroup
P.O. Box 538014
Atlanta GA 30353-0814

Balego & Associates
1401 Silver Lake Road, Suite #1
Saint Paul MN 55112

Bamill, Inc.
Office Equipment Rental
P.O. Box 1316
Danville KY 40423

Bamill, LLC dba Office Equip. Rental Co
233 West Main Street
Danville KY 40422

Bank of Columbia
Public Square
Columbia KY 42728

Beckman Coulter, Inc.
M-28-E2.SE.02
250 S. Kraemer Blvd.
Brea CA 92821

Beckman Coulter, Inc.
11800 S. W. 147th Ave.
Miami FL 33196-2500

Beckman Coulter, Inc.
250 South Kraemer Blvd
P.O. Box 8000
Brea CA 92822-8000

Beckman Coulter, Inc.
11800 SW 147th Ave
Miami FL 33116-9015

Beckman Coulter, Inc.
11800 SW 147th Ave.
Miami FL 33116-9015

Bentley O'Dell
1801 Old Mountpeilier Rd
Russell Springs KY 42642

Best Western Columbia Inn
710 Bomar Heights
Columbia KY 42728

Better Quality Business Systems
2530 Scottsville Road, Suite 103
Bowling Green KY 42104

Better Quality Business Systems, Inc.
209 Quality Avenue, Suite 1
New Albany IN 47150

BG Medical
P.O. Box 1861
Barrington IL 60011

Bingham Greenbaum Doll LLP
P.O. Box 635179
Cincinnati OH 45263-5179

Bio-Rad Laboratories
Clinical Diagnostics Division
Dept. 9740
Los Angeles CA 90084

Biocomposites
700 Military Cutoff Road, Ste. 320
Wilmington NC 28405

Biopro, Inc.
2929 Lapeer Road
Port Huron MI 48060

Blue & Company
P.O. Box 66568
Indianapolis IN 46266

Bluegrass Biomedical, Inc.
P.O. Box 296
Danville KY 40422

Bluegrass Cellular
P.O. Box 5011
Elizabethtown KY 42702

Bluegrass Family Health
P.O. Box 21973
Lexington KY 40522

Bradley Arant Boult Cummings
Roundabout Plaza
1600 Division St Ste 700
Nashville TN 37203

Brevis Corporation
225 West 2855 South
Salt Lake City UT 84115

Burton Hardware, Inc.
314 Campbellsville Street
Columbia KY 42728

Burton's Tin Shop, Inc.
P.O. Box 172
106 Reed Street
Columbia KY 42728

C.R. Bard, Inc.
P.O. Box 75767
Charlotte NC 28275

Cabinet for Health & Family Services
Dept of Medicaid Services
Office of Secretary
275 E Main St
Frankfort KY 40621

Cape, USA
Columbia KY 42728

Cardiac Science
3303 Monte Villa Parkway
Bothell WA 98021

Cardiac Science Corp.
Dept.0587
P.O. Box 120587
Dallas TX 75312

Cardinal Health
Medical Products & Services
P.O. Box 730112
Dallas TX 75373

Cardinal Medical Specialties
P.O. Box 37169
Louisville KY 40233

Carestream Health, Inc.
Dept CH 19286
Palatine IL 60055-9286

Carl T. Wimmer
137 Creekport Dr
Columbia KY 42728

Carstens, Inc.
7310 West Wilson Avenue
Harwood Heights IL 60706

Casey County Hospital District
187 Wolford Avenue
Liberty KY 42539

Central Forms Solutions
1800 Kate Lane
P.O. Box 1532
Danville KY 40423

Central Kentucky Reporting
P.O. Box 4003
Campbellsville KY 42719

Central Kentucky Sprinkler
243 Industry Parkway
Nicholasville KY 40356

Century Medicines
706 Jamestown Street
P.O. Box 97
Columbia KY 42728

CGS Administrators, LLC
Part A KY-Lockbox #957582
1005 Convention Plaza
Saint Louis MO 63101

CGS-J15 Part B Kentucky
P.O. Box 957065
Saint Louis MO 63195

Channing L. Bete Co.
P.O. Box 5897
Boston MA 02206-5897

Chapman Printing Co., Inc.
P.O. Box 12370
Lexington KY 40583

Charles S. Giles, M.D.
P.O. Box 1509
Columbia KY 42728

Charles Townsend, MD
1500 Hollow Rd
Glasgow KY 42141

Chem-Aqua
Building 5 North
P.O. Box 152170
Irving TX 75015

Chemaqua
23261 Network Place
Chicago IL 60673

Chl Ky. Medicaid Recovery
P.O. Box 7247
Philadelphia PA 19170

Cigna
1 Cameron Hill Circle, Suite 0061
Chattanooga TN 37402

City of Columbia
116 Campbellsville Street
Columbia KY 42728

City of Columbia Gas Department
116 Campbellsville Street
Columbia KY 42728

City Sewer & Water Works
P.O. Box 247
Russell Springs KY 42642

Clinton Kiteck
240 Adam McQueary Rd
Glasgow KY 42141

Columbia Chamber of Commerce
P.O. Box 116
Columbia KY 42728

Commonwealth X-Ray, Inc.
P.O. Box 0825
Nicholasville KY 40340

Community Medical Services
P.O. Box 987
801 Burkesville Street
Columbia KY 42728

Compliant Healthcare Technologies, LLC
110 Tradition Trail
Holly Springs NC 27540

Conner, Violet
391 Townview Estates
Jamestown KY 42629

Connie Prostko
18244 Louisville Rd
Smiths Grove KY 42171

Continental Life
POB 1188
101 Continental Place
Brentwood TN 37027

Covidien
Department 10318
Palatine IL 60055

Cowan, Thompson & Noe
POB 224
Edmonton KY 42129

Cowan, Thompson & Noe
P.O. Box 224
Edmonton KY 42129

CPI
10850 W. Park Place, Ste. 600
Milwaukee WI 53224

Crocker Law Firm
POB 20187
Bowling Green KY 42102

Cumberland C. Fiscal Court
POB 826
Burkesville KY 42717

Cumberland Isotepes
Attn: Accounts Receivable
583 W. Laurel, Suite 1
London KY 40741

Custom Medical Specialties Inc.
POB 177
306 East Brown Street
Pine Level NC 27568

Danville Office Equipment
233 W. Main Street
POB 1316
Danville KY 40423

Danville Office Equipment
233 West Main Street
Danville KY 40422

Darob, Inc.
POB 99085
1801 Research Drive
Louisville KY 40269

Darob, Inc.
1801 Research Drive
Louisville KY 40269

Debbie Martin
105 Montgomery St
Columbia KY 42728

Decision Support Technology Inc.
POB 665
Ramsey NJ 07446-0665

Decker Publishing
POB 95000-3900
Philadelphia PA 19195-0001

Delta Dental of Kentucky
POB 710974
Columbus OH 43271

Department of Housing
Elevator Inspection
101 Sea Hero Rd., Ste. 100
Frankfort KY 40601-5405

Department of Veterans Affairs
POB 469062
Denver CO 80246

Digitek Networks Inc.
POB 493
Shelbyville KY 40066

Disability Medical Consultants
1131 Fairway Street
Bowling Green KY 42103

Dr Gary Partin
810 Jamestown Rd
Columbia KY 42728

Dr. Aijaz Yazdani
585 West Port Road Ste C
Elizabethtown KY 42701

Dr. John Korba
501 West Main St.
C/O Gilbert & Gilbert CPAS
Glasgow KY 42141

Dr. Joseph Zaydon
P.O. Box 9901
Bowling Green KY 42102

Dr. Yasser Nadim
26 Oxford Way Suite B
Somerset KY 42503

Dressman Benzinger Lavelle PSC
Thomas More Park
407 Thomas More Parkway
Ft Mitchell KY 41017

Duo County Telephone
Cooperative Corp., Inc.
POB 80
Jamestown KY 42629

Earthgrains Baking Co., Inc.
POB 4412
Bridgeton MO 63044

Ecomtek
4169 Westport Road, Suite 107
Louisville KY 40207

Ecomtek, LLC
3107 Haddon Road
Louisville KY 40241

Edmonton Water, Sewer & Gas
POB 374
Edmonton KY 42129

Encision
Department 2007
POB 122007
Dallas TX 75312-2007

Endo-Therapeutics, Inc.
Bioceps
15251 Roosevelt Blvd., Ste. 204
Clearwater FL 33760

F&S Radiology, P.C., Inc.
POB 674360
Detroit MI 48267

Family Life Insurance
10700 NW Freeway
Houston TX 77092

Farmers National Bank of Danville
POB 28
Danville KY 40423-0028

Farmland Publications
POB 159
Columbia KY 42728

Federal Express
POB 371461
Pittsburgh PA 15250

Federal Licensing Inc.
1588 Fairfield Road
Gettysburg PA 17325

First & Farmers Bank
224 S. Public Square
Columbia KY 42728

Fisher Healthcare
Attn: 878235
13551 Collections Center Drive
Chicago IL 60693

Flav-O-Rich LLC
POB 905064
Charlotte NC 28290

Fleet National Bank
c/o Capmark Finance Inc
116 Welch Road
Horsham PA 19044

Franklin Harlon
728 Mitchell Street
Columbia KY 42728

Frost Brown Todd LLC
400 W. Market Street, 32nd Fl.
Attn: Bill Marby
Louisville KY 40205

Frost Brown Todd, LLC
400 W. Market St.
32nd Floor
Louisville KY 40202-3363

FSH Radiology, Inc.
23625 Commerce Park
Beachwood OH 44122

Fujitsu Computer Products of America
1250 East Arques Ave
Sunnyvale CA 94085-4701

GE Healthcare
POB 96483
Chicago IL 60693

GE Healthcare
P.O. Box 7550
Madison WI 53707-7550

GE Healthcare
P.O. Box 96483
Chicago IL 60693

Geico General Insurance Co.
One Geico Plaza
Washington DC 20076

Giles, Charles, M.D.
POB 1509
Columbia KY 42728

Global Financial Services
POB 371887
Pittsburgh PA 15250

Gordon Food Service
Payment Processing Center
Dept. CH 10490
Palatine IL 60055

Grainger
Dept. 429-814434981
Palatine IL 60038

GTL
POB 1144
Glenview IL 60025

Gyrus Acmi
POB 120166
Department 0166
Dallas TX 75312-0166

H.E.R.C.
21900 East 96th Street
Broken Arrow OK 74014

Healthcare Datalink, Inc.
9322 Taylorsville Road, Suite 3A
Louisville KY 40299

Healthcare Datalink, Inc.
9322 Taylorsville Rd
#1b
Louisville KY 40299

Hill-Rom
POB 643592
Pittsburgh PA 15264-3592

Hill-Rom
Lock Box 95504
Chicago IL 60694

Hobart
1010 E. Broadway Street
POB 4248
Louisville KY 40204-1102

Hospice Care
3532 Ephraim McDowell Drive
Louisville KY 40205

Hospira
275 North Field Drive
Dept. 361, Bldg. H1
Lake Forest IL 60045

Hospira Worldwide, Inc.
75 Remittance Drive, Suite 6136
Chicago IL 60675

HP Enterprise Services
POB 2108
Frankfort KY 40602

Humana
POB 14601
Lexington KY 40512

IBM
POB 643600
Pittsburgh PA 15264

IMD, Inc.
POB 510
9202 Kelley Drive
Huntsville UT 84317

Immucor, Inc.
POB 102118
Atlanta GA 30368

ING Life Insurance & Annuity Co.
POB 12686
Birmingham AL 35202

Inspire Medical Group
2323 Lime Kiln Lane
Louisville KY 40222

Instrumentation Lab
POB 83189
Woburn MA

Ivans, Inc.
POB 850001
Orlando FL 32885

Ivans, Inc.
5405 Cypress Center Drive
Tampa FL 33809-1022

J & J Health Care Systems Inc.
POB 406663
Atlanta GA 30384

Jane Todd Crawford Hospital
POB 220
Greensburg KY 42743

Jared Wilson
4690 W Hwy 80
Somerset KY 42503

Jeffries Hardware Co.
POB 519
Columbia KY 42728

Jeremy Hancock Lawn Care
811 Page Street
Columbia KY 42728

Jesus Siady, MD
198 Creekport Dr
Columbia KY 42728

John Partin
751 Bliss Rd
Columbia KY 42728

John Stone Supply
5150 Veterans Memorial Lane
POB 9
Bowling Green KY 42102-0009

Keltech Inc.
729 S. Groce
Delton MI 49046

Kentucky Blood Center
3121 Beaumont Centre Circle
Lexington KY 40513

Kentucky Counseling Association
210 Meadowbrook Drive
Russell Springs KY 42642

```
Kentucky Hospital Association
POB 436629
Louisville KY 40253

Kentucky State Treasurer
Department #1996
IPS Solution
POB 11407
Birmingham AL 35246-1996

Kentucky Unemployment Insurance Fund
 Treasurer
POB 948
Frankfort KY 40602

Kentucky Utilities
POB 9001954
Louisville KY 40290-1954

Kenway Distributors, Inc.
POB 9347
Louisville KY 40209

Key Shopping Center, Inc.
POB 559
Russell Springs KY 42642

Key Shopping Center, LLC
P.O. Box 559
Russell Springs KY 42642

KHA Solutions Group
2501 Nelson Miller Parkway
Louisville KY 40223

KY College of Medicine Regional, Extensi
900 S. Limestone Street Suite 3
Lexington KY 40536

KY Health Information Exchange, Cabinet
275 E. Main Street, 4W-A
Frankfort KY 40621

KY Institute for Patient Safety & Qualit
2501 Nelson Miller Parkway
Louisville KY 40223

Lab Corp.
Attn: Sally Gibbs
POB 12140
Burlington NC 27216
```

Laboratory Corporation of America Holdin
6370 Wilcox  Road
ATTN:  Contract Administrator
Dublin OH 43016

Laboratory Supply Co.
250 Ottawa Avenue
Louisville KY 40209

LabSoft, Inc.
9104 Shenandoah Run
Wesley Chapel FL 33544

Lake Cumberland District HD
500 Bourne Avenue
POB 800
Somerset KY 42502

Latasha Gilpatrick
99 Florence Dr
Russell Springs KY 42642

Lattimore Black Morgan & Cain
5250 Virginia Way
POB 1869
Brentwood TN 37024

Life Systems, Inc.
515 Trade Center Boulevard
Chesterfield MO 63005

Life Systems, Inc.
515 Trade Center Blvd
Chesterfield MO 63005

Logan's Healthcare Linen Services
1240 Harry Long Rd
Shelbyville KY 40065

Louis C. Herring & Co.
POB 2191
Orlando FL 32802

Lynn Medical Instrument Co.
POB 77000
Dept. 77045
Detroit MI 48277

M.S.D.S. Online
350 N. Orleans Street
Suite 950
Chicago IL 60654

Maine Standards
765 Rossevelt Trail, Suite 9A
Windham ME

McKesson Health Solutions
275 Grove Street
Suite 1-210
Newton MA 02466

Med/Plus Staffing
POB 1444
London KY 40743

MedAssets Net Revenue Systems, LLC
5 Alexandria Road
Billeriea MA 01821

Medassets, Inc.
POB 405652
Atlanta GA 30384

MedAssets, The Broadlane Group, Inc.
280 S. Mount Auburn Road
Cape Girardeau MO 63703

Mediacom
90 North Main Street
Benton KY 42025

Medicare
POB 20018
CGS Administrators LLC
Nashville TN 37202

Medicare-Part A
CGS Administrators
POB 957582
Saint Louis MO 63195-7582

Medifax-EDI, LLC
1283 Murfreesboro Pike
Nashville TN 37217

Medipro
Medical Equipment Services Inc.
POB 18067
Erlanger KY 41018

MedPlus Staffing
3560 S. Hwy 27 Suite 4
Somerset KY 42501

MedPro Medical Equipment
P.O. Box 18067
Emminence KY 40019

Meta Pharmacy Systems
401 Franklin Avenue, Ste. 106
Garden City NY 11530

Meta Pharmacy Systems, Inc.
199 Jericho Turnpike
Floral Park NY 11001

Microaire Surgical Instruments
Lock Box 96565
Chicago IL 60693

Mid State Recycling Waste Systems, Inc.
POB 2068
Glasgow KY 42142

Mid State Waste
202 American Ave.
Glasgow KY 42142-2068

Modern Vending
P.O. Box 97
Somerset KY 42502

Modern Vending Coffee Service
POB 97
Somerset KY 42502

Monticello Banking Co

Morgan Sanitation
POB 1238
Russell Springs KY 42642

Morgan Sanitation & Recycling, Inc.
P.O. Box 1238
Russell Springs KY 42642

Murphy Elevator Co.
128 E. Main Street
Louisville KY 40202

Murphy Elevator Company
128 East Main Street
Louisville KY 40202

Mutual of Omaha Co.
Mutual of Omaha Plaza
Attn: Claims Department
Omaha NE 68175

NCR
2651 Satellite Blvd
Duluth GA 30096

NES Kentucky, Inc.
5810 Southwyck Blvd. Ste 205
Toledo OH 43614

NetChex
1100 N. Causeway Blvd Ste 1
Mandeville LA 70471

New Covenant Cleaner Inc.
POB 983
Glasgow KY 42142

New Covenant Cleaners Inc.
P.O. Box 983
Glasgow KY 42142

NextGen Healthcare Information Systems,
12301-B Riata Trace Parkway
Austin TX 78727

Nextgen, Inc.
POB 511383
Los Angeles CA 90051

Nihon Kohden America
90 Icon Street
Foothill Ranch CA 92610

Norton Cardiovascular Associates
6420 Dutchmans Parkway
Ste 200
Louisville KY 40205

NUMED
P. O. Box 1098
Denton TX 76202

Numed, Inc.
POB 1098
Denton TX 76202

Ohio Casualty
POB 2051
Keene NH 03431-7051

Orchard Software
701 Congressional Blvd Ste 360
Carmel IN 46032

Orkin Exterminating Co., Inc.
2521 Petty Drive
Bowling Green KY 42103

```
ORS
POB 292437
Nashville TN 37229

Osteomed Corporation
2241 Collection Center Drive
Chicago IL 60693

P&J Refrigeration
166 Rattler Curry Road
Columbia KY 42728

P.T. Pro's
383 Corbin Center Drive
Corbin KY 40701

Pacific Life Insurance Co.
POB 2290
Omaha NE 68103

Panacea Healthcare Solutions
287 East Sixth Street, Ste. 400
Saint Paul MN 55101

Partsource
POB 645186
Cincinnati OH 45264-5186

Passport Advantage
POB 152107
Tampa FL 33684

Passport Health Communications
POB 635527
Cincinnati OH 45263

Passport Health Communications, Inc.
720 Cool Springs Blvd. Ste 200
Franklin TN 37067

Pepsi-Cola General Bottlers Inc.
POB 75948
Chicago IL 60675-5948

Philadelphia American Life
POB 4884
Houston TX 77210

Phillip Aaron, M.D.
POB 1861
Columbia KY 42728

Phillips Respironics
103 Avenue A
Youngwood PA 15697
```

```
Physicians Mutual
POB 2018
Omaha NE 68131

Pinnacle Surgical Company
685 Mobley Road
Ekron KY 40117

Pinnacle Surgical, Inc.
365 Lake Pointe Drive
Somerset KY 42503

Pitney Bowes
POB 5107
Shelton CT

Pitney Bowes Global Financial Services
P.O. Box 856460
Louisville KY 40285-6460

Planned Administrators
Attn: Refunds
POB 6927
Columbia SC 29260

Platinum Code
POB 72
Pembina ND 58271

Press Ganey
POB 88335
Milwaukee WI 53288-0335

Press Ganey
404 Columbia Place
South Bend IN 46601

PRS
POB 292437
Nashville TN 37229-2437

Psychiatric Resource Partners
830 Crescent Center Drive, Ste. 610
Franklin TN 37067

PT Pros, Inc.
383 Corbin Center Drive
Corbin KY 40701

Purchase Power
POB 371874
Pittsburgh PA 15250
```

Putnam Funds
Attn: Amy
POB 1148
Columbia KY 42728

QRS Inc.
P.O. Box 52166
Knoxville TN 37950-2166

QRS, Inc.
Healthcare Solutions
POB 52166
Knoxville TN 37950

Reinhardt Medical Group
9364 East Raintree Dr.
Scottsdale AZ 85260

Rhino Technology Group, Inc.
7670 Executive Drive
Eden Prairie MN 55344

Richard Wolf Medical Instruments Corp.
2573 Momentum Place
Chicago IL 60689

Ricoh Production Print
4111 Northside Parkway
Atlanta GA 30327

Ricoh Production Print Solutions
4111 Northside Parkway
Atlanta GA 30327

Roche Diagnostics
P.O. Box 644225
Pittsburgh PA 15264-4225

Roche Diagnostics Corporation
Mail Code 5508
POB 105046
Atlanta GA 30348

Rouse, Nick
1004 Overboard Court
Bowling Green KY 42101

Ruhof Corporation
393 Sagamore Avenue
Mineola NY 11501

Sammons/Preston, Inc.
28100 Torch Parkway
Warrenville IL 60555-3938

Seneca Medical, Inc.
POB 636696
Cincinnati OH 45263

Sensors Safety Products
6003 Chapel Hill Road, Ste. 117
Raleigh NC 27607

Serim Research Corp.
POB 4002
Elkhart IN 46514

Shared Imaging
801 Phoenix Lake Avenue
Streamwood IL 60107

Shared Imaging, LLC
801 Phoenix Lake Avenue
Streamwood IL 60107

Siemens Healthcare Diagnostics
POB 121102
Dallas TX 75312

Siemens Healthcare Diagnostics
115 Norwood Park South
Norwood MA 02062

Smith & Nephew Inc. Endoscopy
150 Minuteman Road
Andover MA

Smith & Schaefer
3035 Reading Road
Cincinnati OH 45206

Smith & Schaefer Inc.
3035 Reading Road
Cincinnati OH 45206

Smith Drug Company
Div. of J.M. Smith Corp.
POB 1779
Spartanburg SC 29304-1779

Smiths Medical Asd. Inc.
POB 7247-7784
Philadelphia PA 19170

Sourcemark
100 Winners Circle, Suite 250
Brentwood TN 37027

South Central Printing Inc.
POB 339
Columbia KY 42728

South Central RTC
POB 159
Glasgow KY 42142

Southern Health Partners
811 Broad Street, 5th Floor
Chattanooga TN 37402

Southern Welding Supply Co., Inc.
P.O. Box 3300
Bowling Green KY 42101

Spectrum Health Partners, LLC
109 International Drive, Suite 140
Franklin TN 37067

Steris Corporation
Lockbox #771652
1652 Solutions Center
Chicago IL 60677

Steris Corporation
5960 Heisley Road
Menton OH 44060

STERIS Corporation
5960 Heisley Road
Mentor OH 44060

Stremmell, Andrea
175 Colony Drive
Columbia KY 42728

Stryker Endoscopy
c/o Stryker Sales Corp.
POB 93276
Chicago IL 60673

Stryker Finance
25652 Network Place
Chicago IL 60673

Stryker Finance
950 Trade Centre Way
Suite 200
Kalamazoo MI 49002

Stryker Finance
950 Trade Centre Way, Suite 200
Kalamazoo MI 49002

```
Stryker Sales Corporation
POB 70119
Chicago IL 60673-0119

T-System
4020 McEwen Drive
Suite 200
Dallas TX 75244-5091

T-System, Inc.
Dept. 2537
POB 122537
Dallas TX 75312

Tamra Atwood
2900 New Concord Rd
Columbia KY 42728

TB Inc.
109 Wind Haven Drive, Suite 101
Nicholasville KY 40356

Teco Coal Corp.
POB 18197
Columbus OH 43218

Telemedx
14504 North Fwy.
Houston TX 77090

TELEMEDX
14504 North Fwy
Houston TX 77090-6808

Terryberry
2033 Oak Industrial Drive, N.E.
POB 502
Grand Rapids MI 49501-0502

The St. Johns Co.
POB 51263
Los Angeles CA 90051

Thermo Fisher Financial
POB 41602
Philadelphia PA 19101

ThermoFisher Scientific
81 Wyman Street
Waltham MA 02454

Tiger Direct
7795 West Flagler Street
Miami FL 33144
```

Tornier, Inc.
POB 4631
Houston TX 77210

Transamerican Life Insurance Co.
POB 3350
Cedar Rapids IA 52406-3350

Tricare
POB 7890
Madison WI 53707-7890

Tricare for Life
POB 7890
Madison WI 53707

Tricare Service Center
POB 870140
Myrtle Beach SC 29587

TSA Consulting Group
15 Yacht Club Drive NE
Ft. Walton Beach FL 32542

TSA Consulting Group, Inc.
15 Yacht Club Drive, NE
Fort Walton Beach FL 32548

U.S. Bank Corp.
POB 790448
Saint Louis MO 63179

UMR
POB 30541
Salt Lake City UT 84130

United Ad Label
300 Lang Blvd.
Grand Island NY 14072-3122

United Citizens Bank & Trust
8198 Main Street
Campbellsburg KY 40011

United Healthcare
POB 31362
Salt Lake City UT 84131

United Healthcare Insurance Co.
Check Control
POB 740819
Atlanta GA 30374

United Healthcare, GA
POB 740800
Atlanta GA 30374

United States Treasury
Kansas City MO 64999

United Teachers Assoc.
POB 30010
Austin TX 78755

University of KY Research Foundation
2333 Alumni Park Plaza
Suite 200
Lexington KY 40517

US Endoscopy
5976 Heisley Road
Mentor OH 44060

USF Healthcare Consulting
P.O. Box 326
Prospect KY 40059

Vidacare Corporation
722 Isom Road
San Antonio TX 78216

Voluforms
POB 402
Sellersburg IN 47172

Wal-Mart Community
POB 530933
Dept. 87
Atlanta GA 30353

Washington National Ins.
POB 223355
Pittsburgh PA 15251

Westlake Regional Hospital
General Account
Columbia KY 42728

Windstream
POB 9001908
Louisville KY 40290

Windstream Communications
POB 843006
Kansas City MO 64184-3006

```
Xodus
Westmoreland B. & R. Park
702 Prominence Drive
New Kensington PA 15068

Zirmed, Inc.
1311 Solutions Center
Chicago IL 60677

ZirMed, Inc.
888 W. Market Street
Louisville KY 40202
```