GE Healthcare 

# SERVICE INVOICE

| | |
|---|---|
| REMIT INVOICE # | 5385282 |
| INVOICE DATE | 01-JUN-2012 |
| PO # | 51785 |
| GE Sales reg | 0360 |
| CUSTOMER # | 139056 |
| GE REFERENCE# | 0360-032-738671-00 |

**Remit To:**
GE HEALTHCARE
P.O. Box 96483
CHICAGO, IL - 60693
Amount Due (US DOLLAR):
**USD 3,594.68**
Payment Term:
NET 30
Billing Inquiry: PH# 1-800-368-7102

**SOLD TO:**
WESTLAKE REGIONAL HOSPITAL
100 WESTLAKE DR
COLUMBIA    KY 42728

**SHIP TO**
WESTLAKE REGIONAL HOSPITAL
100 WESTLAKE DR
COLUMBIA    KY 42728

---

GE Healthcare    To ensure proper credit - Detach and return above portion with payment    Please do not staple or fold

## SERVICE INVOICE
Page 1 of 1

| PO # 51785 | REMIT INV # 5385282 | INVOICE DATE : 01-JUN-2012 | AMOUNT DUE : USD 3,594.68 |
|---|---|---|---|
| CUSTOMER NAME: | WESTLAKE REGIONAL HOSPITAL | | CUSTOMER # : 139056 |
| GE B/A NUMBER: 000138589 | PAYMENT TERM: NET 30 | | CONTRACT # : |
| GE REFERENCE # : 0360-032-738671-00 | | | MODALITY : |
| EQUIP MFG TYPE: GE | COST CENTER: | SERVICE AREA : 3L44 | |
| FE BADGE : 48583 | FE NAME : S L WASHINGTON | SERV MANAGER : J K PEARL | |

| Quantity | DESCRIPTION | EXTENDED PRICE |
|---|---|---|
| | THIS INVOICE REFLECTS GE'S CURRENT HBS RATE STRUCTURE.<br>THANK YOU FOR YOUR BUSINESS.<br>SERVICE DISPATCH: 0360-140619  SERVICE COMPLETED: 05-22-12<br>ROOM NUMBER: 810040445        EQUIP TYPE: ULTRASND CARDIOLGY<br>SERVICE AREA: 3L44                 SVC MGR: J K PEARL<br>SYSTEM ID: V7P1870                 AUTH BY: DEBBIE BAKER<br><br>REPAIR CALIBRATION:<br>EXTERNAL DEVICE<br>MECHANICAL<br>EXPLAINED IN DEBRIEF<br>REPLACE THE EXTERNAL IO BOX AND RETURNED MACHINE BACK TO<br>DEB FOR NORMAL USE ONCE SYSTEM CHECKED OUT FINE<br>$50 SHIPPING FEE<br>AUTH BY: DEBBIE BAKER:PHONE: 270 384 4753<br><br>HOURS CHARGED    LABOR    TRAVEL    T & L EXPENSE<br>STANDARD              2.0         3.5              .00<br>OVERTIME              .0          .0 | 1,650.50 |
| 1 | FB200198         EXT. I/O BOARD | 1,944.18 |



EXHIBIT B

**SPECIAL NOTES**
- The following National Holidays and associated days are billable at GEHC current holiday hourly rates.
  New Year's Day; Memorial Day; July 3rd & July 4th; Labor Day; Veteran's Day; Thanksgiving Thursday and Friday;
  Christmas Eve Day; and Christmas Day. This schedule is subject to adjustment in years in which any of the
  foregoing dates falls on a weekend.
- GE Healthcare requires 30-days prior notification for any changes to diagnostic imaging contracts.
  For questions or modifications to your contract, please contact 1-866-GE-BILLS.

| Include This Remit Invoice For Proper Credit: 5385282 | SALES TAX  USD | 0.00 |
|---|---|---|
| Direct Your Questions On This Invoice :    Phone # 1-800-368-7102 | INVOICE TOTAL AMOUNT  USD | 3,594.68 |

Goods and services or reimbursements associated with t he ordered products or services and provided under contract without separately identified charges constitute discounts or other redcutions in price under applicable federal law. It is the customer's responsibility to disclose such discounts or other reductions in price in the manner required under state or federal program which provides reimbursement to the customer for or related to the products or services under the contract.



GE Healthcare

# INVOICE - CONTRACTS

| | |
|---|---|
| REMIT INVOICE # | 5420116 |
| INVOICE DATE | 02-JUL-2012 |
| PO # | SIGNED AGREEMENT |
| GE SALES REGION | 0360 |
| CUSTOMER # | 139056 |
| GE REFERENCE# | 0360-032-739789-07 |

SOLD TO:
WESTLAKE REGIONAL HOSPITAL
PO BOX 1269
COLUMBIA   KY 42728-6269

Remit To:
GE HEALTHCARE
P.O. Box 96483
CHICAGO, IL - 60693
Amount Due   (US DOLLAR):
**USD 10,164.40**
Payment Term:
NET 30
Billing Inquiry:  PH# 1-800-368-7102

SHIP TO
WESTLAKE REGIONAL HOSPITAL
901 WESTLAKE DR

COLUMBIA   KY 42728-1123

Page 1 of 1

---

GE Healthcare    To ensure proper credit - Detach and return above portion with payment    Please do not staple or fold

## INVOICE

| PO # SIGNED AGREEMENT | REMIT INV # 5420116 | INVOICE DATE : 02-JUL-2012 | AMOUNT DUE : USD  10,164.40 |
|---|---|---|---|
| CUSTOMER NAME:    WESTLAKE REGIONAL HOSPITAL | | | CUSTOMER # :  139056 |
| GE REFERENCE #:   0360-032-739789-07 | PAYMENT TERM:  NET 30 | | CONTRACT # :  0253309 |
| GE / BA # :   360957730 | | | |

| INVOICE DESCRIPTION | EXTENDED PRICE |
|---|---|
| SERVICE CONTRACT 0253309<br>BILLING FOR THE PERIOD JLY 01 2012 - JLY 31 2012<br>SERVICE CONTRACT<br><br>SYSTEM-ID      SYSTEM-DESCRIPTION          AMOUNT<br>270384BS16     HINO BRIGHTSPEED 1         8251.58<br>270384INJ      STELLANT D INJECTR          377.83<br>502384DMR      SENOGRAPHE DMR SYS         1152.08<br>502384M2       AMX 4                       382.91<br><br>HOURS CHARGED    LABOR      TRAVEL      T & L EXPENSE<br>  STANDARD         .0          .0              .00<br>  OVERTIME         .0          .0 | 10,164.40 |

SPECIAL NOTES
- The following National Holidays and associated days are billable at GEHC current holiday hourly rates.
  New Year's Day; Memorial Day; July 3rd & July 4th; Labor Day; Veteran's Day; Thanksgiving Thursday and Friday;
  Christmas Eve Day; and Christmas Day. This schedule is subject to adjustment in years in which any of the
  foregoing dates falls on a weekend.
- GE Healthcare requires 30-days prior notification for any changes to diagnostic imaging contracts.
  For questions or modifications to your contract, please contact 1-866-GE-BILLS.

| Include This Remit Invoice For Proper Credit:  5420116 | SALES TAX USD | 0.00 |
|---|---|---|
| Direct Your Questions On This Invoice :    Phone # 1-800-368-7102 | INVOICE TOTAL AMOUNT  USD | 10,164.40 |

Goods and services or reimbursements associated with the ordered products or services and provided under contract without separately identified charges constitute discounts or other redutions in price under applicable federal law. It is the customer's responsibility to disclose such discounts or other reductions in price in the manner required under state or federal program which provides reimbursement to the customer for or rrelated to the products or services under the contract.

| GE Healthcare  | INVOICE  -  CONTRACTS | | Remit To:<br>GE HEALTHCARE<br>P.O. Box 96483<br>CHICAGO, IL - 60693<br>Amount Due  (US DOLLAR):<br>**USD 10,164.40**<br>Payment Term:<br>NET 30<br>Billing Inquiry: PH# 1-800-368-7102 |
|---|---|---|---|
| | REMIT INVOICE # | 5443877 | |
| | INVOICE DATE | 06-AUG-2012 | |
| | PO # | SIGNED AGREEMENT | |
| | GE SALES REGION | 0360 | |
| | CUSTOMER # | 139056 | |
| | GE REFERENCE# | 0360-032-740850-08 | |

SOLD TO:
WESTLAKE REGIONAL HOSPITAL
PO BOX 1269
COLUMBIA    KY 42728-6269

SHIP TO
WESTLAKE REGIONAL HOSPITAL
901 WESTLAKE DR

COLUMBIA    KY 42728-1123

Page 1 of 1

---

GE Healthcare    To ensure proper credit - Detach and return above portion with payment    Please do not staple or fold

**INVOICE**

| PO #  SIGNED AGREEMENT | REMIT INV # 5443877 | INVOICE DATE : 06-AUG-2012 | AMOUNT DUE : USD 10,164.40 |
|---|---|---|---|
| CUSTOMER NAME:  WESTLAKE REGIONAL HOSPITAL | | | CUSTOMER # : 139056 |
| GE REFERENCE #:  0360-032-740850-08 | PAYMENT TERM: NET 30 | | CONTRACT # : 0253309 |
| GE / BA # :  360957730 | | | |

| INVOICE DESCRIPTION | EXTENDED PRICE |
|---|---|
| SERVICE CONTRACT 0253309<br>BILLING FOR THE PERIOD AUG 01 2012 - AUG 31 2012<br>SERVICE CONTRACT<br><br>SYSTEM-ID    SYSTEM-DESCRIPTION                AMOUNT<br>270384BS16   HINO BRIGHTSPEED 1               8251.58<br>270384INJ    STELLANT D INJECTR                377.83<br>502384DMR    SENOGRAPHE DMR SYS               1152.08<br>502384M2     AMX 4                             382.91<br><br>HOURS CHARGED    LABOR      TRAVEL      T & L EXPENSE<br>   STANDARD        .0          .0             .00<br>   OVERTIME        .0          .0 | 10,164.40 |

SPECIAL NOTES
- The following National Holidays and associated days are billable at GEHC current holiday hourly rates.
  New Year's Day; Memorial Day; July 3rd & July 4th; Labor Day; Veteran's Day; Thanksgiving Thursday and Friday;
  Christmas Eve Day; and Christmas Day.  This schedule is subject to adjustment in years in which any of the
  foregoing dates falls on a weekend.
- GE Healthcare requires 30-days prior notification for any changes to diagnostic imaging contracts.
  For questions or modifications to your contract, please contact 1-866-GE-BILLS.

| Include This Remit Invoice For Proper Credit:  5443877 | SALES TAX  USD | 0.00 |
|---|---|---|
| Direct Your Questions On This Invoice :   Phone # 1-800-368-7102 | INVOICE TOTAL AMOUNT  USD | 10,164.40 |

Goods and services or reimbursements associated with the ordered products or services and provided under contract without separately identified charges constitute discounts or other redcutions in price under applicable federal law. It is the customer's responsibility to disclose such discounts or other reductions in price in the manner required under state or federal program which provides reimbursement to the customer for or rrelated to the products or services under the contract.

GE Healthcare



06-AUG-2012

WESTLAKE REGIONAL HOSPITAL
PO BOX 1269

COLUMBIA      KY 42728-6269
United States


RE:
CONTRACT #: 0253309
PURCHASE ORDER: SIGNED AGREEMENT

WESTLAKE REGIONAL HOSPITAL

Thank you for your continued support of GE Healthcare. We appreciate the opportunity to be a critical service provider to your business and support your care of patients.

Per the terms of your service contract, your monthly billing amount will be adjusted based upon the Department of Labor, Bureau of Labor Statistics Employment Cost Index, **Installation, Maintenance, and Repair Occupations**. You are eligible for this adjustment no more than once a year. Also, GE will share 50% of any reported indexed inflation, and additionally, caps your exposure at 2% maximum on an annualized basis.

The current 12-month average in the index is tracking 2.3% inflation. Effective the anniversary of your contract start date, your base GE service contract-billing rate will be increased by 1.2%. Please insure your payables system will accommodate this change to assure timely payment.

At every level of our organization, we truly appreciate your business and remain committed to delivering cost-effective solutions and a positive return on your investments.

Sincerely,


Bill Croft
General Manager, Americas Service
GE Healthcare

| GE Healthcare  | INVOICE - CONTRACTS | | Remit To:<br>GE HEALTHCARE<br>P.O. Box 96483<br>CHICAGO, IL - 60693<br>Amount Due  (US DOLLAR):<br>**USD 10,164.40**<br>Payment Term:<br>**NET 30**<br>Billing Inquiry: PH# 1-800-368-7102 |
|---|---|---|---|
| | REMIT INVOICE # | 5461698 | |
| | INVOICE DATE | 03-SEP-2012 | |
| | PO # | SIGNED AGREEMENT | |
| | GE SALES REGION | 0360 | |
| | CUSTOMER # | 139056 | |
| | GE REFERENCE# | 0360-032-741876-09 | |

SOLD TO:
WESTLAKE REGIONAL HOSPITAL
PO BOX 1269
COLUMBIA    KY 42728-6269

SHIP TO
WESTLAKE REGIONAL HOSPITAL
901 WESTLAKE DR

COLUMBIA    KY 42728-1123

Page 1 of 1

---

GE Healthcare    To ensure proper credit - Detach and return above portion with payment    Please do not staple or fold

INVOICE

| PO #  SIGNED AGREEMENT | REMIT INV # 5461698 | INVOICE DATE : 03-SEP-2012 | AMOUNT DUE : USD  10,164.40 |
|---|---|---|---|
| CUSTOMER NAME: | WESTLAKE REGIONAL HOSPITAL | | CUSTOMER # : 139056 |
| GE REFERENCE #: | 0360-032-741876-09 | PAYMENT TERM: NET 30 | CONTRACT # : 0253309 |
| GE / BA # : | 360957730 | | |

| INVOICE DESCRIPTION | EXTENDED PRICE |
|---|---|
| SERVICE CONTRACT 0253309<br>BILLING FOR THE PERIOD SEP 01 2012 - SEP 30 2012<br>SERVICE CONTRACT<br><br>SYSTEM-ID      SYSTEM-DESCRIPTION         AMOUNT<br>270384BS16    HINO BRIGHTSPEED 1         8251.58<br>270384INJ     STELLANT D INJECTR          377.83<br>502384DMR     SENOGRAPHE DMR SYS         1152.08<br>502384M2      AMX 4                       382.91<br><br>HOURS CHARGED      LABOR       TRAVEL      T & L EXPENSE<br>    STANDARD         .0           .0            .00<br>    OVERTIME         .0           .0 | 10,164.40 |

SPECIAL NOTES
- The following National Holidays and associated days are billable at GEHC current holiday hourly rates.
  New Year's Day; Memorial Day; July 3rd & July 4th; Labor Day; Veteran's Day; Thanksgiving Thursday and Friday;
  Christmas Eve Day; and Christmas Day. This schedule is subject to adjustment in years in which any of the
  foregoing dates falls on a weekend.
- GE Healthcare requires 30-days prior notification for any changes to diagnostic imaging contracts.
  For questions or modifications to your contract, please contact 1-866-GE-BILLS.

| Include This Remit Invoice For Proper Credit:  5461698 | SALES TAX  USD | 0.00 |
|---|---|---|
| Direct Your Questions On This Invoice :   Phone # 1-800-368-7102 | INVOICE TOTAL AMOUNT  USD | 10,164.40 |

Goods and services or reimbursements associated with the ordered products or services and provided under contract without separately identified charges constitute discounts or other redcutions in price under applicable federal law. It is the customer's responsibility to disclose such discounts or other reductions in price in the manner required under state or federal program which provides reimbursement to the customer for or rrelated to the products or services under the contract.

Page 1 of 1



## GE HEALTHCARE

DBA: Datex Ohmeda, Inc.

FEDERAL ID# 22-3029570

**REMIT INVOICE NUMBER:** 61867779

**INVOICE DATE:** 29-JUN-13

**CUSTOMER ACCT:** 448972

**GE REFERENCE#:** 1-5774290172

**CUSTOMER PO#:** 1121

| AMOUNT DUE: | 449.14 | (US DOLLARS) |
|---|---|---|
| DUE DATE: | | 29-JUL-13 |
| Remit to: | Datex Ohmeda, Inc. | |
| US MAIL: | PO Box 641936 * PITTSBURGH PA 15264-1936 | |
| Wire/EFT information: | ABA 021001033  ACCOUNT 50277024 | |
| If Wire/EFT, please email remittance advice to: | | GEHCWires@ge.com |

**SOLD TO:**
WESTLAKE REGIONAL HOSPITAL
901 WESTLAKE DR
PO BOX 1269
COLUMBIA, KY 42728

**SHIP TO:**
WESTLAKE REGIONAL HOSPITAL
901 WESTLAKE DR
PO BOX 1269
COLUMBIA KY 42728

| Payment Terms: NET 30 | Contract #: | GE BA Number: |
|---|---|---|
| Cost Center: | FE Badge: | FE Name: | Modality: |
| GE Sales Rep or FE: Central-LSSMIC-Ohio Valley | | SERV MANAGER: |

Inquiries regarding this **Invoice** should be directed to: 1-800-581-5600

| QUANTITY | ITEM NUMBER | DESCRIPTION | NET UNIT PRICE | EXTENDED AMOUNT OF BILLING |
|---|---|---|---|---|
| 1 | 7000 | THIS INVOICE AMOUNT IS DUE AND PAYABLE NET 30 FROM INVOICE DATE. WIMMER CARL 2703844753x130 PARTS: Product:7000 VENTILATOR, Serial:CAAT00463, Part:1500-3378-000, ASSY-MSN, BELLOWS SA ADULT ABA W/DISK-RING-BUMPERS BCG, Manufacturing assembly - Buy, SR NUM:1-5774290172 | 449.14 | 449.14 |

| TOTAL BILLING | | 449.14 |
|---|---|---|
| | TOTAL | 449.14 |
| Please include the Invoice / Credit Memo number for proper credit: | Tax | 0.00 |
| 61867779 | SHIPPING/HANDLING | 0.00 |
| | Total Amount | 449.14 |

PAST DUE INVOICES ARE SUBJECT TO A SERVICE CHARGE OF 1.5% PER MONTH, NOT TO EXCEED THE MAXIMUM RATE ALLOWED BY LAW. ALL ORDERS SUBJECT TO GE HEALTHCARE TERMS AND CONDITIONS.

Goods and services or reimbursements associated with the ordered products or services and provided under contract without separately identified charges constitute discounts or other reductions in price under applicable federal law. It is the customer's responsibility to disclose such discounts or other reductions in price in the manner required under state or federal program which provides reimbursement to the customer for or related to the products or services under the contract.